1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP N. TANKOVICH
   Special Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

6

7                       UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,   | Case No. 1:20-po-00161-SAB |
11 |            Plaintiff,        |                            |
12 | v.                           | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
13 | ALLYSSA R. PARSONS,          |                            |
14 |            Defendant.        |                            |

15

16

17     The United States of America, by and through McGregor W. Scott, United States Attorney, and

18 Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal

19 Rules of Criminal Procedure, moves to dismiss this case in the interest of justice, without prejudice.

20

21 DATED: August 31, 2020                   Respectfully submitted,

22                                          McGREGOR W. SCOTT
                                            United States Attorney
23
                                     By:    /s/ Philip N. Tankovich
24                                          PHILIP N. TANKOVICH
                                            Special Assistant U.S. Attorney
25

26

27

28

                                            1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: __August 31, 2020__

UNITED STATES MAGISTRATE JUDGE